ELECTRONICALLY FILED - 2024 Apr 03 2:53 PM - AIKEN - COMMON PLEAS - CASE#2024CP0200831

| | |
|---|---|
| STATE OF SOUTH CAROLINA<br>COUNTY OF AIKEN | IN THE COURT OF COMMON PLEAS |
| NANCY O'CONNELL,<br><br>Plaintiff, | Case No.: 2024-CP-02-____________ |
| vs. | **SUMMONS** |
| WAL-MART STORES EAST, LP,<br><br>Defendants. | **(Jury Trial Demanded)** |

TO: THE DEFENDANTS ABOVE NAMED:

YOU ARE HEREBY SUMMONED and required to answer the Complaint in this action, of which a copy is herewith served upon you, and to serve a copy of your answer to said Complaint on the subscriber at her office at 225 Chesterfield Street, N.W. (P.O. Box 1115), Aiken, South Carolina, 29801, within thirty (30) days after the service hereof, exclusive of the date of such service; and if you fail to answer the Complaint with the time aforesaid, the Plaintiff in this action will apply to the Court for the relief demanded in this Complaint, and judgment by default will be rendered against you for the relief demanded in the Complaint.

MAXWELL LAW FIRM, P.C.

BY: s/Angela Christy Tyner
ANGELA CHRISTY TYNER
Attorney for Plaintiff
Post Office Box 1115
Aiken, South Carolina 29802
(803) 641-6700
ctyner@maxwelllafirm.com

Aiken, South Carolina
April 3, 2024

ELECTRONICALLY FILED - 2024 Apr 03 2:53 PM - AIKEN - COMMON PLEAS - CASE#2024CP0200831

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA<br>COUNTY OF AIKEN | ) | IN THE COURT OF COMMON PLEAS |
| NANCY O'CONNELL,<br><br>Plaintiff, | ) | Case No.: 2024-CP-02-____________ |
| vs. | ) | **COMPLAINT** |
| WAL-MART STORES EAST, LP,<br><br>Defendants. | ) | **(Jury Trial Demanded)** |

The Plaintiff, complaining of the Defendants above-named, would show unto the Court as follows:

1. That the Plaintiff herein is a citizen and resident of the County of Aiken, State of South Carolina.

2. That upon information and belief, the Defendant, Wal-Mart Stores East, LP is a corporation organized under the laws of a State other than South Carolina and it is doing business in the State of South Carolina and subject to the jurisdiction of this Court.

3. That the events and circumstances giving rise to this Complaint occurred in Aiken County, South Carolina. Therefore, jurisdiction is proper in Aiken County pursuant to the Code of Laws of South Carolina 1976 Annotated §15-7-30(F)(1) as the "most substantial part of the alleged act or omission giving rise to the cause of action occurred,, in Aiken County.

4. That on or about June 28, 2023, the Plaintiff, while shopping at the Wal-Mart store in Aiken, South Carolina, located at 3581 Richland Avenue, West, was injured when she slipped and fell on wet flooring in the garden section.

5. That as a result of the incident, the Plaintiff has sustained serious personal injuries,

ELECTRONICALLY FILED - 2024 Apr 03 2:53 PM - AIKEN - COMMON PLEAS - CASE#2024CP0200831

physical harm, pain and suffering, loss of enjoyment of life, emotional distress, and other injuries. Such injuries have continued to cause pain and suffering and are of a permanent nature.

6. That the Plaintiff has incurred substantial medical and drug expenses as a result of the injuries and will continue to sustain such expenses in the future because of the permanence of the injuries.

7. That the Defendant, by and through their agents, servants and employees who were acting within the scope of their employment, were negligent, careless, grossly negligent, willful and wanton in one or more of the following particulars, for which the Defendant is liable:

a) In using the sprinkler system to water plants during times when they knew or should have known customers such as the Plaintiff would be shopping in that area;

b) In failing to place mats or slip resistance flooring in an area of the store where they knew they would be using a sprinkler system;

c) In failing to properly maintain the garden section;

d) In failing to mop the garden section after using the sprinkler system;

e) In failing to warn customers of hidden dangers present in the store;

f) In failing to properly supervise employees so as to avoid the likelihood of such an occurrence;

g) In failing to take the appropriate corrective action when it knew or should have known that there was water on the floor of the garden section;

h) In failing to timely inspect the garden section to ensure the safety of the area; and

i) In failing to exercise the degree of care that a reasonable prudent business would have exercised under Similar circumstances.

ELECTRONICALLY FILED - 2024 Apr 03 2:53 PM - AIKEN - COMMON PLEAS - CASE#2024CP0200831

8. That the Plaintiff is informed and believes that she is entitled to judgment against the Defendants for the damages and injuries she sustained in this incident.

9. That the Plaintiff does hereby demand a jury trial in this matter.

WHEREFORE, the Plaintiff prays for a judgment against the Defendant for the actual damages incurred by the Plaintiff, for such punitive damages as would be just and appropriate and for such other and further relief as the Court may deem just and proper.

MAXWELL LAW FIRM, P.C.

BY: s/Angela Christy Tyner

ANGELA CHRISTY TYNER
Attorney for Plaintiff
Post Office Box 1115
Aiken, South Carolina 29802
(803) 641-6700
ctyner@maxwelllafirm.com

Aiken, South Carolina
April 3, 2024